Kevin CAMPBELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46598.

Missouri Court of Appeals,
Western District.

May 11, 1993.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 post-conviction motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Albert BRADFORD, Appellant.

No. WD 45847.

Missouri Court of Appeals,
Western District.

May 11, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of stealing property with a value of $150.00 or more, in violation of § 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).